## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:16-cr-00029-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 26, 2016 |
| RICHARD WINSTON WEST II, a/k/a Richie West | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant's Motion to Withdraw Defendant's Motion for Leave to File Under Seal (ECF No. 133) is **granted**. The clerk shall **unseal** Defendant's Motion for Emergency Hearing Regarding Pretrial Release (ECF No. 120), Defendant's Addendum thereto (ECF No. 124) and the Government's initial Response (ECF No. 127, which appears to be identical to the Government's second filing immediately thereafter, ECF No. 128).

The closed hearing on Defendant's Motion for Leave to File Under Seal scheduled for May 27, 2016 at 10:00 a.m. is **cancelled**.

The May 27, 2016 hearing will proceed at 10:00 a.m., and will address, in open court. Defendant's Motion for Emergency Hearing Regarding Pretrial Release (ECF No. 120), Defendant's Addendum thereto (ECF No. 125) and the Government's Response to Defendant's Motion for Emergency Hearing Regarding Pretrial Release (ECF No. 128).

To the extent counsel are able to do so before the hearing set for Friday, counsel shall file, **under seal**, Defendant West's pertinent medical records of:

1. The Washoe County Jail; and,
2. St. Mary's Hospital (to include admission records, histories and physicals, and progress notes, etc.).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:     /s/
Deputy Clerk