**DAVID R. HOUSTON, ESQ.**
Nevada Bar No. 2131
**LAW OFFICE OF DAVID R. HOUSTON**
A Professional Law Corporation
432 Court Street
Reno, Nevada 89501
Telephone: 775.786.4188
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Case No.: 3:16-CR-0029-MMD-WGC |
| vs. | ) ) | AMENDED |
| | ) | **STIPULATION AND ORDER FOR** |
| RICHARD WINSTON WEST II, | ) | **TRANSPORT OF DEFENDANT** |
| a/k/a Richie West, | ) | **WEST TO THE SECOND** |
| Defendant. | ) | **JUDICIAL DISTRICT COURT BY** |
| | ) | **THE U.S. MARSHAL'S OFFICE** |
| _____ | ) | |

COMES NOW, Plaintiff UNITED STATES OF AMERICA, by and through its Authorized Representative, Acting United States Attorney for the District of Nevada, STEVEN MHYRE and Assistant United States District Attorney, JAMES KELLER, ESQ. and Defendant RICHARD WINSTON WEST II, by and through his Attorney of Record, The Law Offices of David R. Houston, DAVID R. HOUSTON, ESQ. and hereby stipulate to have the US Marshal's Office transport Defendant West to the Second Judicial District Court, Family Division, Courtroom B, on September 15, 2017 at 12:00 p.m. so that Defendant West may participate in Court ordered mediation.

There is a current divorce proceeding pending in the Second Judicial District Court, Family Division (case number DV16-01318) to which Defendant West is a party. The case is now in mediation before the Honorable Judge McGee. Judge McGee has requested Defendant West's presence at the mediation session set for September 15, 2017, as it is believed if Mr. West

is allowed to participate it may in fact result in the settlement of property, custody issues of minor children, and any other matters of the divorce.

Without the US Marshal's Office transporting Mr. West for the scheduled mediation, his presence is impossible. It is therefore requested Defendant West be transferred to the Second Judicial District Court, Family Division, Courtroom B, located at 75 Court Street, Reno, NV 89520, on September 15, 2017 at 12:00 p.m.

The United States has been consulted through Assistant United States Attorney James Keller, who, as per his signature below, has no objection to the transport of Defendant as set forth herein.

UNITED STATES ATTORNEY       LAW OFFICE OF DAVID R. HOUSTON


/s/ James Keller _____    /s/ David R. Houston _____
JAMES KELLER, ESQ.               DAVID R. HOUSTON, ESQ.
*Attorney for Plaintiff*                *Attorney for Defendant West*
DATED this 13th day of September, 2017    DATED this 13th day of September, 2017


## **ORDER**

Based upon the foregoing stipulation between the parties and good cause appearing, it is ordered that the US Marshal's Office is to release Defendant West for the day of September 15, 2017, to Washoe County for the purpose of him attending the court ordered mediation to be held at the Second Judicial District Court, Family Division, Courtroom B, located at 75 Court Street, Reno Nevada, on September 15, 2017 at 12:00 pm.


DATED this 13th day of September, 2017.


_____
UNITED STATES DISTRICT JUDGE